No. 99–9171. SHEA *v.* VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 99–9191. PORTER *v.* POTOCKI. C. A. 6th Cir. Certiorari denied.

No. 99–9195. LUKEN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–9198. OWENS *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

. No. 99–9199. TIMMONS *v.* KEMNA ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–9205. NASH *v.* BATTLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9206. THOMPSON *v.* OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 99–9208. ODOM *v.* COLLEGE OF CHARLESTON BOOKSTORE. C. A. 4th Cir. Certiorari denied.

No. 99–9213. AGUIRRE *v.* CLARKE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9217. LITTERAL *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–9221. KING *v.* BOYD ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–9223. MELONCON *v.* GODINICH. C. A. 5th Cir. Certiorari denied.

No. 99–9225. MARTIN *v.* EHRLICH. C. A. 2d Cir. Certiorari denied.

No. 99–9227. ODOM *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–9228. SPULKA *v.* WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–9231. BOITNOTT *v.* CRIST, WARDEN. C. A. 8th Cir. Certiorari denied.